[No. 8947.]

## LAWSON ET AL. V. FOSTER ET AL.

*Error to San Miguel District Court.* HON. THOMAS J. BLACK, Judge.

On Application for Supersedeas.

Mr. CARL J. SIGFRID, and Mr. DAVID C. STEMEN, for plaintiffs in error.

Mr. E. B. ADAMS, for defendants in error, Ed Foster and Clara A. Becker.

*Per Curiam.* Department Three.

The application for supersedeas is denied and the judgment affirmed.

*Judgment Affirmed.*